UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PATRICIA ROBERTS,
*on behalf of* M.R.,

    Plaintiff,

v.                                                 Case No. 20-C-1339

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

## ORDER

This case is before the Court for judicial review of a decision by the Commissioner of Social Security. In the Court's January 20, 2021, text only order granting the Commissioner's motion for an extension of time to file the Certified Administrative Record, the Court directed Plaintiff to file her initial brief 40 days after the filing of the transcript, or April 26, 2021. On April 28, 2021, the Court ordered Plaintiff to file her initial brief or a motion for an extension of time to do so on or before May 13, 2021. On May 13, 2021, Plaintiff filed a motion for an extension of time to file her brief. The Court granted the motion and extended Plaintiff's time to file her opening brief to June 30, 2021. To date, Plaintiff has neither filed her opening brief nor shown cause as to why she cannot do so. Plaintiff was previously warned that failure to make timely submissions could result in dismissal of the action for failure to prosecute. Accordingly, this case is **DISMISSED** without prejudice for failure to prosecute. *See* Civil L.R. 41(c).

**SO ORDERED** at Green Bay, Wisconsin this 7th day of July, 2021.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge